In re:      Case No. 23-01289-HWV

Ronald D. Sisti     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3

Date Rcvd: Jul 12, 2023     Form ID: ntnew341     Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald D. Sisti, 21 Santa Maria Ave., Camp Hill, PA 17011-7320 |
| 5546592 | | 01 Capital One National Associat, 650 Dundee Rd, Northbrook, IL 60062-2747 |
| 5546593 | | 08 Citibank N A, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502-4952 |
| 5546594 | + | Bureau of Account Management, 3607 Rosemont Avenue, Camp Hill, PA 17011-6904 |
| 5553642 | + | NEW CUMBERLAND FEDERAL CREDIT UNION, PO BOX 658, NEW CUMBERLAND, PA 17070-0658 |
| 5546605 | | New Cumberland F C U, 345 Lewisberry Rd, New Cumberland, PA 17070-2306 |
| 5546619 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5546607 | + | PRA Receivables Management, LLC, 10 Orchard Suite 100, Lake Forest, CA 92630-8308 |
| 5546610 | | Ram Worl, First Bankcard PO Box 2557, Omaha, NE 68103-2557 |
| 5546622 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5546595 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 12 2023 18:47:24 | Capital One/GM Card, PO Box30281, Salt Lake City, UT 84130-0281 |
| 5546596 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 12 2023 18:57:37 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5546597 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 12 2023 18:46:00 | Comenitycapital/bjsclb, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5546617 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jul 12 2023 18:46:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5546599 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 12 2023 18:46:00 | Fnb Omaha, Attn: Bankruptcy, PO Box 3128, Omaha, NE 68103-0128 |
| 5546618 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 12 2023 18:46:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5546600 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 12 2023 18:47:14 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5549742 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 12 2023 18:47:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5546602 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 12 2023 18:47:07 | LVNV Funding, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5546603 | | Email/Text: camanagement@mtb.com | Jul 12 2023 18:46:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5546604 | ^ | MEBN | Jul 12 2023 18:41:18 | MRS BPO, LLC, 1930 Olney Avenue, Cherry |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Hill, NJ 08003-2016 |
| 5546621 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2023 18:46:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5546606 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 12 2023 18:47:05 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5546608 | | Email/Text: bnc-quantum@quantum3group.com | Jul 12 2023 18:46:00 | Quantum3 Group, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5546609 | + | Email/Text: ngisupport@radiusgs.com | Jul 12 2023 18:46:00 | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 5546611 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 12 2023 18:57:35 | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 5546612 | | Email/Text: bankruptcy@second-round.com | Jul 12 2023 18:46:00 | Second Round, LP, PO Box 41955, Austin, TX 78704-0033 |
| 5546613 | | Email/Text: bnc-thebureaus@quantum3group.com | Jul 12 2023 18:46:00 | The Bureaus, 650 Dundee Rd, Northbrook, IL 60062-2747 |
| 5546614 | | Email/Text: bnc-thebureaus@quantum3group.com | Jul 12 2023 18:46:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 5546620 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Jul 12 2023 18:46:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5546615 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 12 2023 18:47:05 | Wells Fargo Bank NA, PO Box 14517, Des Moines, IA 50306-3517 |
| 5546616 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 12 2023 18:47:05 | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A, Fl 3, Des Moines, IA 50301 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5546598 | ## | First Credit Services, 377 Hoes Lane, Suite 200, Piscataway, NJ 08854-4155 |
| 5546601 | ## | Leopold & Associates, PLLC, 564 Old York Rd, Suite 3, Etters, PA 17319-9536 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2023      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | |

TWecf@pamd13trustee.com

John Matthew Hyams

on behalf of Debtor 1 Ronald D. Sisti jmh@johnhyamslaw.com
acb@johnhyamslaw.com;ras@johnhyamslaw.com;dlh@johnhyamslaw.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ronald D. Sisti,

**Debtor 1**

Chapter 13

Case No. 1:23−bk−01289−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| 341 meeting by video conference, The Trustee will email the video link, 6 days prior to the meeting date. | Date: August 17, 2023<br>Time: 11:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 12, 2023 |

ntnew341 (04/18)