

| Employee Name | Person Number | Payroll |
|---|---|---|
| Ronald Sisti | 117966 | YRC Freight Weekly 2 |
| Location | Job Title | Company |
| PA-Carlisle-135 | Yard Truck Switcher | YRC Inc. dba YRC Freight 18380907 |
| Employee Address | Company Number | Company Address |
| 21 Santa Maria Avenue Camp Hill, PA 17011 US | 913/344-3337 | 10990 Roe Ave Overland Park, Kansas 66211 US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base | Rate |
|---|---|---|---|---|---|
| Weekly | 7-May-2023 | 13-May-2023 | 25-May-2023 | 26.69 | HOURLY |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Taxable Earnings | 1,207.62 | 36,091.09 |
| Employee Tax Deductions | 232.46 | 7,495.67 |
| Voluntary Deductions | 0.00 | 325.00 |
| Net Payment | 975.16 | 28,270.42 |

### Earnings

| Description | Current | Year to Date |
|---|---|---|
| Birthday | 213.50 | 213.50 |
| Double Time | 0.00 | 6,171.43 |
| Floating Holiday | 0.00 | 622.02 |
| National Holiday | 0.00 | 622.02 |
| Overtime | 242.87 | 7,450.02 |
| Regular Hours | 751.25 | 18,142.74 |
| Sick Day | 0.00 | 1,469.86 |
| Vacation Hourly | 0.00 | 1,399.50 |

### Current Earnings Detail

| Description | Start Date | End Date | Hours | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|
| Birthday | | | 8.00 | 26.68700 | 1.00 | 213.50 |
| Overtime | | | 6.07 | 26.68700 | 1.50 | 242.87 |
| Regular Hours | | | 28.15 | 26.68700 | 1.00 | 751.25 |
| Total: | | | 42.22 | | | 1,207.62 |

### Employee Tax Detail

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 82.45 | 3,021.03 |
| Social Security Employee Withheld | 74.87 | 2,237.65 |
| Medicare Employee Withheld | 17.51 | 523.32 |
| SIT Withheld (PA) | 37.07 | 1,107.98 |
| SUI Employee Withheld (PA) | 0.84 | 25.26 |
| City Withheld (PA,Cumberland,Lower Allen Township) | 7.25 | 216.55 |
| Head Tax Withheld (PA,Cumberland,Middlesex Township) | 1.00 | 21.00 |
| School Withheld (PA,West Shore SD) | 11.47 | 342.88 |



# Payslip

| Employee Name | Person Number | Payroll |
|---|---|---|
| Ronald Sisti | 117966 | YRC Freight Weekly 2 |
| Location | Job Title | Company |
| PA-Carlisle-135 | Yard Truck Switcher | YRC Inc. dba YRC Freight |
|  |  | 18380907 |
| Employee Address | Company Number | Company Address |
| 21 Santa Maria Avenue | 913/344-3337 | 10990 Roe Ave |
| Camp Hill, PA 17011 |  | Overland Park, Kansas 66211 |
| US |  | US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base | Rate |
|---|---|---|---|---|---|
| Weekly | 30-Apr-2023 | 6-May-2023 | 18-May-2023 | 26.69 | HOURLY |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Taxable Earnings | 2,044.69 | 34,883.47 |
| Employee Tax Deductions | 436.22 | 7,263.21 |
| Voluntary Deductions | 65.00 | 325.00 |
| Net Payment | 1,543.47 | 27,295.26 |

### Earnings

| Description | Current | Year to Date |
|---|---|---|
| Double Time | 533.74 | 6,171.43 |
| Floating Holiday | 0.00 | 622.02 |
| National Holiday | 0.00 | 622.02 |
| Overtime | 240.18 | 7,207.15 |
| Regular Hours | 1,057.27 | 17,391.49 |
| Sick Day | 213.50 | 1,469.86 |
| Vacation Hourly | 0.00 | 1,399.50 |

### Current Earnings Detail

| Description | Start Date | End Date | Hours | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|
| Double Time |  |  | 10.00 | 26.68700 | 2.00 | 533.74 |
| Overtime |  |  | 6.00 | 26.68700 | 1.50 | 240.18 |
| Regular Hours |  |  | 39.62 | 26.68700 | 1.00 | 1,057.27 |
| Sick Day |  |  | 8.00 | 26.68700 | 1.00 | 213.50 |
| Total: |  |  | 63.62 |  |  | 2,044.69 |

### Employee Tax Detail

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 182.90 | 2,938.58 |
| Social Security Employee Withheld | 126.78 | 2,162.78 |
| Medicare Employee Withheld | 29.65 | 505.81 |
| SIT Withheld (PA) | 62.77 | 1,070.91 |
| SUI Employee Withheld (PA) | 1.43 | 24.42 |
| City Withheld (PA,Cumberland,Lower Allen Township) | 12.27 | 209.30 |
| Head Tax Withheld (PA,Cumberland,Middlesex Township) | 1.00 | 20.00 |
| School Withheld (PA,West Shore SD) | 19.42 | 331.41 |



### Voluntary and Involuntary Deductions

| Description | Current | Year to Date |
|---|---|---|
| Union Dues | 65.00 | 325.00 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|
| 117966 | | XXXXXXXXX0148 | USD | 1,543.47 |

### Sick - Paid Time Off Accruals

| Description | Unit of Measure | Year To Date |
|---|---|---|
| Sick Taken | Hours | 40.00 |
| Sick Available | Hours | |

### Vacation – Paid Time Off Accruals

| Description | Unit of Measure | Year To Date |
|---|---|---|
| Vacation Taken | Hours | 45.00 |
| Vacation Available | Hours | 135.00 |

### Tax Withholding Information

| Type | Marital Status | WH Status | Exemptions | Additional Amount |
|---|---|---|---|---|
| FEDERAL | Married | | 2 | 0.00 |
| PA | | | 0 | 0.00 |



# Payslip

| Employee Name | Person Number | Payroll |
|---|---|---|
| Ronald Sisti | 117966 | YRC Freight Weekly 2 |
| **Location** | **Job Title** | **Company** |
| PA-Carlisle-135 | Yard Truck Switcher | YRC Inc. dba YRC Freight 18380907 |
| **Employee Address** | **Company Number** | **Company Address** |
| 21 Santa Maria Avenue Camp Hill, PA 17011 US | 913/344-3337 | 10990 Roe Ave Overland Park, Kansas 66211 US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base | Rate |
|---|---|---|---|---|---|
| Weekly | 23-Apr-2023 | 29-Apr-2023 | 11-May-2023 | 26.69 | HOURLY |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Taxable Earnings | 2,161.66 | 32,838.78 |
| Employee Tax Deductions | 464.69 | 6,826.99 |
| Voluntary Deductions | 0.00 | 260.00 |
| Net Payment | 1,696.97 | 25,751.79 |

### Earnings

| Description | Current | Year to Date |
|---|---|---|
| Double Time | 853.98 | 5,637.69 |
| Floating Holiday | 0.00 | 622.02 |
| National Holiday | 0.00 | 622.02 |
| Overtime | 240.18 | 6,966.97 |
| Regular Hours | 1,067.50 | 16,334.22 |
| Sick Day | 0.00 | 1,256.36 |
| Vacation Hourly | 0.00 | 1,399.50 |

### Current Earnings Detail

| Description | Start Date | End Date | Hours | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|
| Double Time | | | 16.00 | 26.68700 | 2.00 | 853.98 |
| Overtime | | | 6.00 | 26.68700 | 1.50 | 240.18 |
| Regular Hours | | | 40.00 | 26.68700 | 1.00 | 1,067.50 |
| Total: | | | 62.00 | | | 2,161.66 |

### Employee Tax Detail

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 196.94 | 2,755.68 |
| Social Security Employee Withheld | 134.02 | 2,036.00 |
| Medicare Employee Withheld | 31.34 | 476.16 |
| SIT Withheld (PA) | 66.36 | 1,008.14 |
| SUI Employee Withheld (PA) | 1.52 | 22.99 |
| City Withheld (PA,Cumberland,Lower Allen Township) | 12.97 | 197.03 |
| Head Tax Withheld (PA,Cumberland,Middlesex Township) | 1.00 | 19.00 |
| School Withheld (PA,West Shore SD) | 20.54 | 311.99 |

### Voluntary and Involuntary Deductions

| Description | Current | Year to Date |
|---|---|---|



| | | |
|---|---|---|
| Union Dues | 0.00 | 260.00 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|
| 117966 | | XXXXXXXXX0148 | USD | 1,696.97 |

### Sick - Paid Time Off Accruals

| Description | Unit of Measure | Year To Date |
|---|---|---|
| Sick Taken | Hours | 32.00 |
| Sick Available | Hours | 8.00 |

### Vacation – Paid Time Off Accruals

| Description | Unit of Measure | Year To Date |
|---|---|---|
| Vacation Taken | Hours | 45.00 |
| Vacation Available | Hours | 135.00 |

### Tax Withholding Information

| Type | Marital Status | WH Status | Exemptions | Additional Amount |
|---|---|---|---|---|
| FEDERAL | Married | | 2 | 0.00 |
| PA | | | 0 | 0.00 |



YELLOW CORPORATION

| Employee Name | Person Number | Payroll |
|---|---|---|
| Ronald Sisti | 117966 | YRC Freight Weekly 2 |
| **Location** | **Job Title** | **Company** |
| PA-Carlisle-135 | Yard Truck Switcher | YRC Inc. dba YRC Freight 18380907 |
| **Employee Address** | **Company Number** | **Company Address** |
| 21 Santa Maria Avenue<br>Camp Hill, PA 17011<br>US | 913/344-3337 | 10990 Roe Ave<br>Overland Park, Kansas 66211<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base | Rate |
|---|---|---|---|---|---|
| Weekly | 16-Apr-2023 | 22-Apr-2023 | 4-May-2023 | 26.69 | HOURLY |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Taxable Earnings | 2,144.97 | 30,677.12 |
| Employee Tax Deductions | 460.62 | 6,362.30 |
| Voluntary Deductions | 0.00 | 260.00 |
| Net Payment | 1,684.35 | 24,054.82 |

### Earnings

| Description | Current | Year to Date |
|---|---|---|
| Double Time | 426.99 | 4,783.71 |
| Floating Holiday | 0.00 | 622.02 |
| National Holiday | 0.00 | 622.02 |
| Overtime | 650.49 | 6,726.79 |
| Regular Hours | 1,067.49 | 15,266.72 |
| Sick Day | 0.00 | 1,256.36 |
| Vacation Hourly | 0.00 | 1,399.50 |

### Current Earnings Detail

| Description | Start Date | End Date | Hours | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|
| Double Time | | | 8.00 | 26.68700 | 2.00 | 426.99 |
| Overtime | | | 16.25 | 26.68700 | 1.50 | 650.49 |
| Regular Hours | | | 40.00 | 26.68700 | 1.00 | 1,067.49 |
| Total: | | | 64.25 | | | 2,144.97 |

### Employee Tax Detail

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 194.93 | 2,558.74 |
| Social Security Employee Withheld | 132.99 | 1,901.98 |
| Medicare Employee Withheld | 31.10 | 444.82 |
| SIT Withheld (PA) | 65.85 | 941.78 |
| SUI Employee Withheld (PA) | 1.50 | 21.47 |
| City Withheld (PA,Cumberland,Lower Allen Township) | 12.87 | 184.06 |
| Head Tax Withheld (PA,Cumberland,Middlesex Township) | 1.00 | 18.00 |
| School Withheld (PA,West Shore SD) | 20.38 | 291.45 |

### Voluntary and Involuntary Deductions

| Description | Current | Year to Date |
|---|---|---|



| | | |
|---|---|---|
| Union Dues | 0.00 | 260.00 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|
| 117966 | | XXXXXXXXX0148 | USD | 1,684.35 |

### Sick – Paid Time Off Accruals

| Description | Unit of Measure | Year To Date |
|---|---|---|
| Sick Taken | Hours | 32.00 |
| Sick Available | Hours | 8.00 |

### Vacation – Paid Time Off Accruals

| Description | Unit of Measure | Year To Date |
|---|---|---|
| Vacation Taken | Hours | 45.00 |
| Vacation Available | Hours | 135.00 |

### Tax Withholding Information

| Type | Marital Status | WH Status | Exemptions | Additional Amount |
|---|---|---|---|---|
| FEDERAL | Married | | 2 | 0.00 |
| PA | | | 0 | 0.00 |



# Payslip

| Employee Name | Person Number | Payroll |
|---|---|---|
| Ronald Sisti | 117966 | YRC Freight Weekly 2 |
| **Location** | **Job Title** | **Company** |
| PA-Carlisle-135 | Yard Truck Switcher | YRC Inc. dba YRC Freight 18380907 |
| **Employee Address** | **Company Number** | **Company Address** |
| 21 Santa Maria Avenue<br>Camp Hill, PA 17011<br>US | 913/344-3337 | 10990 Roe Ave<br>Overland Park, Kansas 66211<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base | Rate |
|---|---|---|---|---|---|
| Weekly | 9-Apr-2023 | 15-Apr-2023 | 27-Apr-2023 | 26.69 | HOURLY |

## Summary

| Description | Current | Year to Date |
|---|---|---|
| Taxable Earnings | 1,106.85 | 28,532.15 |
| Employee Tax Deductions | 207.94 | 5,901.68 |
| Voluntary Deductions | 0.00 | 260.00 |
| Net Payment | 898.91 | 22,370.47 |

## Earnings

| Description | Current | Year to Date |
|---|---|---|
| Double Time | 0.00 | 4,356.72 |
| Floating Holiday | 0.00 | 622.02 |
| National Holiday | 0.00 | 622.02 |
| Overtime | 39.35 | 6,076.30 |
| Regular Hours | 640.50 | 14,199.23 |
| Sick Day | 427.00 | 1,256.36 |
| Vacation Hourly | 0.00 | 1,399.50 |

## Current Earnings Detail

| Description | Start Date | End Date | Hours | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|
| Overtime | | | 0.98 | 26.68700 | 1.50 | 39.35 |
| Regular Hours | | | 24.00 | 26.68700 | 1.00 | 640.50 |
| Sick Day | | | 16.00 | 26.68700 | 1.00 | 427.00 |
| Total: | | | 40.98 | | | 1,106.85 |

## Employee Tax Detail

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 70.36 | 2,363.81 |
| Social Security Employee Withheld | 68.62 | 1,768.99 |
| Medicare Employee Withheld | 16.05 | 413.72 |
| SIT Withheld (PA) | 33.98 | 875.93 |
| SUI Employee Withheld (PA) | 0.77 | 19.97 |
| City Withheld (PA,Cumberland,Lower Allen Township) | 6.64 | 171.19 |
| Head Tax Withheld (PA,Cumberland,Middlesex Township) | 1.00 | 17.00 |
| School Withheld (PA,West Shore SD) | 10.52 | 271.07 |

## Voluntary and Involuntary Deductions

| Description | Current | Year to Date |
|---|---|---|



| | | |
|---|---:|---:|
| Union Dues | 0.00 | 260.00 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---:|
| 117966 | | XXXXXXXXX0148 | USD | 898.91 |

### Sick - Paid Time Off Accruals

| Description | Unit of Measure | Year To Date |
|---|---|---:|
| Sick Taken | Hours | 32.00 |
| Sick Available | Hours | 8.00 |

### Vacation – Paid Time Off Accruals

| Description | Unit of Measure | Year To Date |
|---|---|---:|
| Vacation Taken | Hours | 45.00 |
| Vacation Available | Hours | 135.00 |

### Tax Withholding Information

| Type | Marital Status | WH Status | Exemptions | Additional Amount |
|---|---|---|---:|---:|
| FEDERAL | Married | | 2 | 0.00 |
| PA | | | 0 | 0.00 |



# Payslip

| Employee Name | Person Number | Payroll |
|---|---|---|
| Ronald Sisti | 117966 | YRC Freight Weekly 2 |
| **Location** | **Job Title** | **Company** |
| PA-Carlisle-135 | Yard Truck Switcher | YRC Inc. dba YRC Freight 18380907 |
| **Employee Address** | **Company Number** | **Company Address** |
| 21 Santa Maria Avenue<br>Camp Hill, PA 17011<br>US | 913/344-3337 | 10990 Roe Ave<br>Overland Park, Kansas 66211<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base | Rate |
|---|---|---|---|---|---|
| Weekly | 2-Apr-2023 | 8-Apr-2023 | 20-Apr-2023 | 26.69 | HOURLY |

## Summary

| Description | Current | Year to Date |
|---|---|---|
| Taxable Earnings | 2,188.34 | 27,425.30 |
| Employee Tax Deductions | 472.99 | 5,693.74 |
| Voluntary Deductions | 0.00 | 260.00 |
| Net Payment | 1,715.35 | 21,471.56 |

## Earnings

| Description | Current | Year to Date |
|---|---|---|
| Double Time | 960.73 | 4,356.72 |
| Floating Holiday | 0.00 | 622.02 |
| National Holiday | 0.00 | 622.02 |
| Overtime | 160.12 | 6,036.95 |
| Regular Hours | 1,067.49 | 13,558.73 |
| Sick Day | 0.00 | 829.36 |
| Vacation Hourly | 0.00 | 1,399.50 |

## Current Earnings Detail

| Description | Start Date | End Date | Hours | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|
| Double Time | | | 18.00 | 26.68700 | 2.00 | 960.73 |
| Overtime | | | 4.00 | 26.68700 | 1.50 | 160.12 |
| Regular Hours | | | 40.00 | 26.68700 | 1.00 | 1,067.49 |
| Total: | | | 62.00 | | | 2,188.34 |

## Employee Tax Detail

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 201.95 | 2,293.45 |
| Social Security Employee Withheld | 135.68 | 1,700.37 |
| Medicare Employee Withheld | 31.73 | 397.67 |
| SIT Withheld (PA) | 67.18 | 841.95 |
| SUI Employee Withheld (PA) | 1.53 | 19.20 |
| City Withheld (PA,Cumberland,Lower Allen Township) | 13.13 | 164.55 |
| Head Tax Withheld (PA,Cumberland,Middlesex Township) | 1.00 | 16.00 |
| School Withheld (PA,West Shore SD) | 20.79 | 260.55 |

## Voluntary and Involuntary Deductions

| Description | Current | Year to Date |
|---|---|---|



| | | 0.00 | 260.00 |
|---|---|---|---|
| Union Dues | | | |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|
| 117966 | | XXXXXXXXX0148 | USD | 1,715.35 |

### Sick - Paid Time Off Accruals

| Description | Unit of Measure | Year To Date |
|---|---|---|
| Sick Taken | Hours | 16.00 |
| Sick Available | Hours | 24.00 |

### Vacation – Paid Time Off Accruals

| Description | Unit of Measure | Year To Date |
|---|---|---|
| Vacation Taken | Hours | 45.00 |
| Vacation Available | Hours | 135.00 |

### Tax Withholding Information

| Type | Marital Status | WH Status | Exemptions | Additional Amount |
|---|---|---|---|---|
| FEDERAL | Married | | 2 | 0.00 |
| PA | | | 0 | 0.00 |



# Payslip

| Employee Name | Person Number | Payroll |
|---|---|---|
| Ronald Sisti | 117966 | YRC Freight Weekly 2 |
| **Location** | **Job Title** | **Company** |
| PA-Carlisle-135 | Yard Truck Switcher | YRC Inc. dba YRC Freight 18380907 |
| **Employee Address** | **Company Number** | **Company Address** |
| 21 Santa Maria Avenue Camp Hill, PA 17011 US | 913/344-3337 | 10990 Roe Ave Overland Park, Kansas 66211 US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base | Rate |
|---|---|---|---|---|---|
| Weekly | 26-Mar-2023 | 1-Apr-2023 | 13-Apr-2023 | 26.32 | HOURLY |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Taxable Earnings | 2,004.87 | 25,236.96 |
| Employee Tax Deductions | 426.53 | 5,220.75 |
| Voluntary Deductions | 65.00 | 260.00 |
| Net Payment | 1,513.34 | 19,756.21 |

### Earnings

| Description | Current | Year to Date |
|---|---|---|
| Double Time | 0.00 | 3,395.99 |
| Floating Holiday | 0.00 | 622.02 |
| National Holiday | 0.00 | 622.02 |
| Overtime | 968.17 | 5,876.83 |
| Regular Hours | 1,036.70 | 12,491.24 |
| Sick Day | 0.00 | 829.36 |
| Vacation Hourly | 0.00 | 1,399.50 |

### Current Earnings Detail

| Description | Start Date | End Date | Hours | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|
| Overtime | | | 16.67 | 25.91700 | 1.50 | 647.93 |
| Overtime | | | 8.00 | 26.68700 | 1.50 | 320.24 |
| Regular Hours | | | 40.00 | 25.91700 | 1.00 | 1,036.70 |
| | | Total: | 64.67 | | | 2,004.87 |

### Employee Tax Detail

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 178.12 | 2,091.50 |
| Social Security Employee Withheld | 124.30 | 1,564.69 |
| Medicare Employee Withheld | 29.07 | 365.94 |
| SIT Withheld (PA) | 61.55 | 774.77 |
| SUI Employee Withheld (PA) | 1.41 | 17.67 |
| City Withheld (PA,Cumberland,Lower Allen Township) | 12.03 | 151.42 |
| Head Tax Withheld (PA,Cumberland,Middlesex Township) | 1.00 | 15.00 |
| School Withheld (PA,West Shore SD) | 19.05 | 239.76 |

### Voluntary and Involuntary Deductions

| Description | Current | Year to Date |
|---|---|---|



| | | 65.00 | 260.00 |
|---|---|---|---|
| Union Dues | | 65.00 | 260.00 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|
| 117966 | | XXXXXXXXX0148 | USD | 1,513.34 |

### Sick - Paid Time Off Accruals

| Description | Unit of Measure | Year To Date |
|---|---|---|
| Sick Taken | Hours | 16.00 |
| Sick Available | Hours | 24.00 |

### Vacation – Paid Time Off Accruals

| Description | Unit of Measure | Year To Date |
|---|---|---|
| Vacation Taken | Hours | 45.00 |
| Vacation Available | Hours | 135.00 |

### Tax Withholding Information

| Type | Marital Status | WH Status | Exemptions | Additional Amount |
|---|---|---|---|---|
| FEDERAL | Married | | 2 | 0.00 |
| PA | | | 0 | 0.00 |



# Payslip

| Employee Name | Person Number | Payroll |
|---|---|---|
| Ronald Sisti | 117966 | YRC Freight Weekly 2 |
| **Location** | **Job Title** | **Company** |
| PA-Carlisle-135 | Yard Truck Switcher | YRC Inc. dba YRC Freight 18380907 |
| **Employee Address** | **Company Number** | **Company Address** |
| 21 Santa Maria Avenue<br>Camp Hill, PA 17011<br>US | 913/344-3337 | 10990 Roe Ave<br>Overland Park, Kansas 66211<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base | Rate |
|---|---|---|---|---|---|
| Weekly | 19-Mar-2023 | 25-Mar-2023 | 6-Apr-2023 | 25.92 | HOURLY |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Taxable Earnings | 1,166.25 | 23,232.09 |
| Employee Tax Deductions | 222.41 | 4,794.22 |
| Voluntary Deductions | 0.00 | 195.00 |
| Net Payment | 943.84 | 18,242.87 |

### Earnings

| Description | Current | Year to Date |
|---|---|---|
| Double Time | 0.00 | 3,395.99 |
| Floating Holiday | 0.00 | 622.02 |
| National Holiday | 0.00 | 622.02 |
| Overtime | 0.00 | 4,908.66 |
| Regular Hours | 0.00 | 11,454.54 |
| Sick Day | 0.00 | 829.36 |
| Vacation Hourly | 1,166.25 | 1,399.50 |

### Current Earnings Detail

| Description | Start Date | End Date | Hours | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|
| Vacation Hourly | | | 45.00 | 25.91700 | 1.00 | 1,166.25 |
| Total: | | | 45.00 | | | 1,166.25 |

### Employee Tax Detail

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 77.49 | 1,913.38 |
| Social Security Employee Withheld | 72.31 | 1,440.39 |
| Medicare Employee Withheld | 16.92 | 336.87 |
| SIT Withheld (PA) | 35.80 | 713.22 |
| SUI Employee Withheld (PA) | 0.81 | 16.26 |
| City Withheld (PA,Cumberland,Lower Allen Township) | 7.00 | 139.39 |
| Head Tax Withheld (PA,Cumberland,Middlesex Township) | 1.00 | 14.00 |
| School Withheld (PA,West Shore SD) | 11.08 | 220.71 |

### Voluntary and Involuntary Deductions

| Description | Current | Year to Date |
|---|---|---|
| Union Dues | 0.00 | 195.00 |


## Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|
| 117966 | | XXXXXXXXX0148 | USD | 943.84 |

## Sick - Paid Time Off Accruals

| Description | Unit of Measure | Year To Date |
|---|---|---|
| Sick Taken | Hours | 16.00 |
| Sick Available | Hours | 24.00 |

## Vacation – Paid Time Off Accruals

| Description | Unit of Measure | Year To Date |
|---|---|---|
| Vacation Taken | Hours | 45.00 |
| Vacation Available | Hours | |

## Tax Withholding Information

| Type | Marital Status | WH Status | Exemptions | Additional Amount |
|---|---|---|---|---|
| FEDERAL | Married | | 2 | 0.00 |
| PA | | | 0 | 0.00 |