In re:                                                          Case No. 23-01289-HWV

Ronald D. Sisti                                                 Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                        User: AutoDocke                        Page 1 of 3

Date Rcvd: Aug 17, 2023                     Form ID: ntcnfhrg                       Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald D. Sisti, 21 Santa Maria Ave., Camp Hill, PA 17011-7320 |
| 5546592 | | 01 Capital One National Associat, 650 Dundee Rd, Northbrook, IL 60062-2747 |
| 5546593 | | 08 Citibank N A, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502-4952 |
| 5546594 | + | Bureau of Account Management, 3607 Rosemont Avenue, Camp Hill, PA 17011-6904 |
| 5553642 | + | NEW CUMBERLAND FEDERAL CREDIT UNION, PO BOX 658, NEW CUMBERLAND, PA 17070-0658 |
| 5546605 | | New Cumberland F C U, 345 Lewisberry Rd, New Cumberland, PA 17070-2306 |
| 5546619 | ++ | PENNSYLVANIA OFFICE OF ATTORNEY GENERAL, ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION, STRAWBERRY SQUARE, 15TH FLOOR, HARRISBURG PA 17120-0001 address filed with court:, Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5546607 | + | PRA Receivables Management, LLC, 10 Orchard Suite 100, Lake Forest, CA 92630-8308 |
| 5546610 | | Ram Worl, First Bankcard PO Box 2557, Omaha, NE 68103-2557 |
| 5546622 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5546595 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 17 2023 18:41:57 | Capital One/GM Card, PO Box30281, Salt Lake City, UT 84130-0281 |
| 5546596 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 17 2023 18:54:19 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5546597 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 17 2023 18:44:00 | Comenitycapital/bjsclb, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5546617 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 17 2023 18:43:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5546599 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 17 2023 18:44:00 | Fnb Omaha, Attn: Bankruptcy, PO Box 3128, Omaha, NE 68103-0128 |
| 5546618 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 17 2023 18:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5546600 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 17 2023 18:43:24 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5549742 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 17 2023 18:53:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5546602 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 17 2023 18:42:58 | LVNV Funding, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5559576 | ^ | MEBN | | |

| | | Aug 17 2023 18:36:05 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5546603 | Email/Text: camanagement@mtb.com | Aug 17 2023 18:44:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5546604 | ^ MEBN | Aug 17 2023 18:35:25 | MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 5546621 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 17 2023 18:44:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5546619 | Email/Text: fesbank@attorneygeneral.gov | Aug 17 2023 18:44:00 | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5546606 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 17 2023 18:53:44 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5559128 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 17 2023 18:54:07 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5546608 | Email/Text: bnc-quantum@quantum3group.com | Aug 17 2023 18:44:00 | Quantum3 Group, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5546609 | + Email/Text: ngisupport@radiusgs.com | Aug 17 2023 18:44:00 | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 5546611 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 17 2023 18:54:10 | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 5546612 | Email/Text: bankruptcy@second-round.com | Aug 17 2023 18:44:00 | Second Round, LP, PO Box 41955, Austin, TX 78704-0033 |
| 5546613 | Email/Text: bnc-thebureaus@quantum3group.com | Aug 17 2023 18:44:00 | The Bureaus, 650 Dundee Rd, Northbrook, IL 60062-2747 |
| 5546614 | Email/Text: bnc-thebureaus@quantum3group.com | Aug 17 2023 18:44:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 5546620 | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Aug 17 2023 18:44:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5546615 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 17 2023 18:42:01 | Wells Fargo Bank NA, PO Box 14517, Des Moines, IA 50306-3517 |
| 5546616 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 17 2023 18:42:01 | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A, Fl 3, Des Moines, IA 50301 |
| 5554444 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 17 2023 18:42:53 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5546598 | ## | First Credit Services, 377 Hoes Lane, Suite 200, Piscataway, NJ 08854-4155 |
| 5546601 | ## | Leopold & Associates, PLLC, 564 Old York Rd, Suite 3, Etters, PA 17319-9536 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2023            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Ronald D. Sisti jmh@johnhyamslaw.com acb@johnhyamslaw.com;ras@johnhyamslaw.com;dlh@johnhyamslaw.com |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Ronald D. Sisti,<br><br>      **Debtor 1** | Chapter      13<br><br>Case No.      1:23−bk−01289−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 20, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom No. 8 (4th Floor), 1501 N. 6th St, Harrisburg, PA 17102 | Date: September 27, 2023<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 17, 2023 |

ntcnfhrg (08/21)