# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>RONALD D SISTI | CASE NO: 23-01289<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 13 |

On 9/25/2023, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/25/2023

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102
717 766 5300
acb@johnhyamslaw.com

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO: 23-01289 |
| RONALD D SISTI | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 9/25/2023, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/25/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | ~~EXCLUDE~~ | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-01289<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>MON SEP 25 7-18-46 PST 2023 | ~~(U)LAKEVIEW LOAN SERVICING LLC~~ | ~~UNITED STATES TRUSTEE~~<br>~~US COURTHOUSE~~<br>~~1501 N 6TH ST~~<br>~~HARRISBURG PA 17102-1104~~ |

| ~~EXCLUDE~~ | | |
|---|---|---|
| ~~US BANKRUPTCY COURT~~<br>~~SYLVIA H RAMBO US COURTHOUSE~~<br>~~1501 N 6TH STREET~~<br>~~HARRISBURG PA 17102-1104~~ | 01 CAPITAL ONE NATIONAL ASSOCIAT<br>650 DUNDEE RD<br>NORTHBROOK IL 60062-2747 | 08 CITIBANK N A<br>120 CORPORATE BLVD<br>STE 100<br>NORFOLK VA 23502-4952 |
| BUREAU OF ACCOUNT MANAGEMENT<br>3607 ROSEMONT AVENUE<br>CAMP HILL PA 17011-6904 | (P)DEPARTMENT OF LABOR INDUSTRY<br>ATTN OFFICE OF CHIEF COUNSEL<br>651 BOAS STREET 10TH FLOOR<br>HARRISBURG PA 17121-0751 | CAPITAL ONEGM CARD<br>PO BOX30281<br>SALT LAKE CITY UT 84130-0281 |
| CITIBANKTHE HOME DEPOT<br>CITICORP CR SRVSCENTRALIZED BANKRUPTCY<br>PO BOX 790040<br>SAINT LOUIS MO 63179-0040 | COMENITYCAPITALBJSCLB<br>ATTN BANKRUPTCY DEPT<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 | FIRST CREDIT SERVICES<br>377 HOES LANE SUITE 200<br>PISCATAWAY NJ 08854-4155 |
| FIRST NATIONAL BANK OF OMAHA<br>CO BQ ASSOCIATES PC LLO<br>14211 ARBOR STREET SUITE 100<br>OMAHA NE 68144-2312 | (P)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| (P)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | LVNV FUNDING LLC<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| LAKEVIEW LOAN SERVICING LLC<br>CO MT BANK<br>PO BOX 840<br>BUFFALO NY 14240-0840 | LEOPOLD ASSOCIATES PLLC<br>564 OLD YORK RD SUITE 3<br>ETTERS PA 17319-9536 | (P)MT BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 |
| MRS BPO LLC<br>1930 OLNEY AVENUE<br>CHERRY HILL NJ 08003-2016 | NEW CUMBERLAND FEDERAL CREDIT UNION<br>PO BOX 658<br>NEW CUMBERLAND PA 17070-0658 | NEW CUMBERLAND F C U<br>345 LEWISBERRY RD<br>NEW CUMBERLAND PA 17070-2306 |
| (P)PENNSYLVANIA OFFICE OF ATTORNEY<br>GENERAL<br>ATTN ATTENTION FINANCIAL ENFORCEMENT<br>SECTION<br>STRAWBERRY SQUARE<br>15TH FLOOR<br>HARRISBURG PA 17120-0001 | PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946 ATTNBANKRUPTCY<br>HARRISBURG PA 17128-0946 | PRA RECEIVABLES MANAGEMENT LLC<br>10 ORCHARD SUITE 100<br>LAKE FOREST CA 92630-8308 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | EXCLUDE | |
|---|---|---|
| (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | ~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~<br>~~PO BOX 41067~~<br>~~NORFOLK VA 23541-1067~~ | QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| RADIUS GLOBAL SOLUTIONS<br>PO BOX 390846<br>MINNEAPOLIS MN 55439-0846 | RAM WORL<br>FIRST BANKCARD PO BOX 2557<br>OMAHA NE 68103-2557 | SEARS<br>PO BOX 6282<br>SIOUX FALLS SD 57117-6282 |
| SECOND ROUND LP<br>PO BOX 41955<br>AUSTIN TX 78704-0033 | THE BUREAUS<br>650 DUNDEE RD<br>NORTHBROOK IL 60062-2747 | THE BUREAUS INC<br>ATTN BANKRUPTCY<br>650 DUNDEE RD<br>STE 370<br>NORTHBROOK IL 60062-2757 |
| (P)U S DEPARTMENT OF JUSTICE TAX DIVISION<br>CIVIL TRIAL SECTION EASTERN REGION<br>P O BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0227 | UNITED STATES ATTORNEY<br>PO BOX 11754<br>HARRISBURG PA 17108-1754 | WELLS FARGO BANK NA<br>1 HOME CAMPUS MAC X230301A<br>FL 3<br>DES MOINES IA 50301 |
| WELLS FARGO BANK NA<br>PO BOX 14517<br>DES MOINES IA 50306-3517 | WELLS FARGO BANK NA<br>WELLS FARGO CARD SERVICES<br>PO BOX 10438 MAC F8235-02F<br>DES MOINES IA 50306-0438 | (P)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| ~~EXCLUDE~~<br>~~JOHN MATTHEW HYAMS~~<br>~~LAW OFFICES OF JOHN M HYAMS~~<br>~~2023 N 2ND ST~~<br>~~HARRISBURG PA 17102-2151~~ | ~~EXCLUDE~~<br>~~RONALD D SISTI~~<br>~~21 SANTA MARIA AVE~~<br>~~CAMP HILL PA 17011-7320~~ | |